```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

DAVID SWEET                                              PLAINTIFF

    V.                    Civil No. 10-2050

SHERIFF MIKE ALLEN and
JEFF MARVIN, Crawford
County Sheriff's Department                              DEFENDANTS

O R D E R

On this 1st day of September 2011, there comes on for consideration the report and recommendation filed in this case on August 4, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 22). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 21) is GRANTED and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge

**AO72A**
**(Rev. 8/82)**